UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

Dillon Thomas, Leon Thomas,

                                  Plaintiffs,

               -against-

POLICE OFFICER LATASHA DASH, DERRICK
SUMMERS, CRAIG STEVENS; LOU PEPE; DANIEL
CALLOW; LUIS SANCHEZ; ANTHONY LAFAUCI &
ROBERT AASHEIM; TODD FECHT; CHRISTOPHER
FISCHER; PATRICK GRANEY; ANDREW REPETTI;
ROBERT SCHIERENBECK; QUANDA STEWART-
PERRY,

                                    Defendants.
------------------------------------------------------------------------x

**STIPULATION OF SETTLEMENT**

15 CV 3140 (CBA) (PK)

        **WHEREAS,** plaintiffs commenced this action by filing a complaint on or about May 29, 2015, alleging that the defendants violated plaintiffs' federal civil and state common law rights; and

        **WHEREAS,** defendants Officer Latasha Dash, Officer Derrick Summers, Detective Lou Pepe, Detective Daniel Callow, Detective Luis Sanchez, and Sergeant Anthony Lafauci have denied any and all liability arising out of plaintiffs' allegations; and

        **WHEREAS,** the parties now desire to resolve the issues raised in this litigation, without further proceedings and without admitting any fault or liability; and

        **WHEREAS,** plaintiffs have authorized their counsel to settle this matter on the terms set forth below;

        **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, as follows:

1.  The above-referenced action is hereby dismissed against defendants, with prejudice, and without costs, expenses, or attorneys' fees except as specified in paragraph "2" below.

2.  The City of New York hereby agrees to pay plaintiff Leon Thomas the sum of Seventy Thousand ($70,000.00) Dollars and plaintiff Dillon Thomas the sum of Twenty-Five Thousand ($25,000.00) Dollars in full satisfaction of all claims, including claims for costs, expenses and attorneys' fees. In consideration for the payment of these sums, plaintiffs agree to dismissal of all the claims against the defendants and to release defendants Officer Dash, Officer Summers, Detective Pepe, Detective Callow, Detective Sanchez and Sergeant Lafauci; their successors or assigns; and all past and present officials, employees, representatives, and agents of the City of New York or any entity represented by the Office of the Corporation Counsel, from any and all liability, claims, or rights of action alleging a violation of plaintiffs' civil rights and any and all related state law claims, from the beginning of the world to the date of the General Release, including claims for costs, expenses, and attorneys' fees.

3.  Plaintiffs each shall execute and deliver to the City of New York's attorney all documents necessary to effect this settlement, including, without limitation, a General Release based on the terms of paragraph "2" above and an Affidavit of Status of Liens. Prior to tendering the requisite documents to effect this settlement, Medicare-recipient plaintiffs must obtain and submit a final demand letter from Medicare for the reimbursement of any conditional payments made by Medicare for any injury or condition that is the subject of this lawsuit. A Medicare Set-Aside Trust may also be required if future anticipated medical costs are found to be necessary pursuant to 42 U.S.C. § 1395y(b) and 42 C.F.R. §§ 411.22 through 411.26.

4. Nothing contained herein shall be deemed to be an admission by the defendants that they have in any manner or way violated plaintiffs' rights, or the rights of any other person or entity, as defined in the constitutions, statutes, ordinances, rules or regulations of the United States, the State of New York, or the City of New York or any other rules or regulations of any department or subdivision of the City of New York. This stipulation shall not be admissible in, nor is it related to, any other litigation or settlement negotiations, except to enforce the terms of this agreement.

5. Nothing contained herein shall be deemed to constitute a policy or practice of the City of New York or any agency thereof.

6. Plaintiffs agree to hold harmless defendants regarding any liens or past and/or future Medicare payments, presently known or unknown, in connection with this matter. If conditional and/or future anticipated Medicare payments have not been satisfied, defendants and the City of New York reserve the right to issue a multiparty settlement check naming Medicare as a payee or to issue a check to Medicare directly based upon Medicare's final demand letter.

7. This Stipulation of Settlement contains all the terms and conditions agreed upon by the parties hereto, and no oral agreement entered into at any time nor any written agreement entered into prior to the execution of this Stipulation of Settlement regarding the subject matter of the instant proceeding shall be deemed to exist, or to bind the parties hereto, or to vary the terms and conditions contained herein.

Dated: New York, New York
       12/14, 2016

| | |
|---|---|
| LAW OFFICES OF KENNETH F. SMITH<br>*Attorney for Plaintiffs*<br>16 Court Street, Suite 2901<br>Brooklyn, New York 11241<br>646-450-9929<br><br>By: _____/s/ Kenneth F. Smith_____<br>    Kenneth Smith | ZACHARY W. CARTER<br>Corporation Counsel of the<br>  City of New York<br>*Attorney for Defendants Dash, Summers,*<br>  *Pepe, Callow, Sanchez, and Lafauci*<br>100 Church Street<br>New York, New York 10007<br><br>By: _____/s/ Shira Siskind_____<br>    Shira Siskind<br>    *Assistant Corporation Counsel* |